Babak Semnar, Esq. (SBN 224890)
Bob@sandiegoconsumerattorneys.com
Jared M. Hartman, Esq. (SBN 254860)
jared@sandiegoconsumerattorneys.com
SEMNAR & HARTMAN, LLP
400 S. Melrose Dr., Suite 209
Vista, CA 92081
Telephone (951) 234-0881; Fax (888) 819-8230

Attorneys for Plaintiff, ROBERT ARD

# U.S. DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ARD, an Individual;<br><br>   Plaintiff,<br><br> vs.<br><br>NAVY FEDERAL CREDIT UNION; and DOES 1-25;<br><br>   Defendants. | Case No.: 15-cv-2244-WQH-BLM<br><br>**NOTICE OF APPEARANCE OF ATTORNEY BABAK SEMNAR, ESQ.** |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

  PLEASE TAKE NOTICE that the following attorney hereby states his appearance as Co-Counsel for Plaintiff, ROBERT ARD, individually and on behalf of all others similarly situated.

///
///
///
///
///
///

Babak Semnar, Esq. (SBN: 224890)
SEMNAR & HARTMAN, LLP
400 South Melrose Drive, Suite 209
Vista, California 92081
Telephone: (619) 500-4187
Facsimile: (888) 819-8230
Email: Bob@SanDiegoConsumerAttorneys.com
Courtney@SanDiegoConsumerAttorneys.com

Respectfully submitted,

SEMNAR & HARTMAN, LLP

DATED: 10/08/2015        /s/ Babak Semnar
                         Babak Semnar, Esq.
                         Attorney for Plaintiff, ROBERT ARD