1  Babak Semnar, Esq. (SBN 224890)
   Bob@sandiegoconsumerattorneys.com
2  Jared M. Hartman, Esq. (SBN 254860)
   Jared@sandiegoconsumerattorneys.com
3  SEMNAR & HARTMAN, LLP
   400 S. Melrose Dr., Suite 209
4  Vista, CA 92081
   Telephone (619) 500-4187; Fax (888) 819-8230

5  Attorneys for Plaintiff, ROBERT ARD

6

## U.S. DISTRICT COURT

7

## SOUTHERN DISTRICT OF CALIFORNIA

8  ROBERT ARD, an Individual;            Case No.: 15-cv-2244-WQH-BLM

9            Plaintiff,                  **CERTIFICATE OF SERVICE OF COMPLAINT, SUMMONS AND ADDITIONAL DOCUMENTS UPON DEFENDANT NAVY FEDERAL CREDIT UNION**

10       vs.

11 NAVY FEDERAL CREDIT UNION;
   and DOES 1-25;

12           Defendants.

13

14

15 PLEASE TAKE NOTICE, attached hereto is the Certificate of Service of the

   Complaint, Summons and additional documents upon Defendant NAVY FEDERAL

16 CREDIT UNION, reflecting the date of service as being executed on October 9, 2015.

17
                                         SEMNAR & HARTMAN, LLP
18
   DATED: 10/14/2015                     /s/ Jared M. Hartman, Esq.
19                                       JARED M. HARTMAN, ESQ.
                                         Attorney for Plaintiff, ROBERT ARD
20

21

1
**Notice**

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of California

Case Number: 15CV2244-WQH-BLM

Plaintiff:
**Ard, Robert**

vs.

Defendant:
**Navy Federal Credit Union; et al**

For:
TaylorMorse, LTD
23422 Mill Creek Drive, Suite 135
Laguna Hills, CA 92653

Received by TaylorMorse, LTD to be served on **Navy Federal Credit Union, 820 Follin Lane SE, Vienna, VA 22180**.

I, Adam Hall, do hereby affirm that on the **9th day of October, 2015 at 11:28 am, I:**

Served Summons & Complaint to Elizabeth Shapiro as Security Receptionist of Navy Federal Credit Union. Service occurred at 820 Follin Lane SE, Vienna, VA 22180.

I certify that I am a natural person over the age of eighteen, not a party to or otherwise interested in the subject matter in controversy, and am authorized to serve process in accordance with the laws of the jurisdiction where service was made.

**Adam Hall**
Process Server

**TaylorMorse, LTD**
**23422 Mill Creek Drive, Suite 135**
**Laguna Hills, CA 92653**

Our Job Serial Number: CAV-2015003498

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0z